# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SANDERS,<br><br>        Petitioner,<br><br>        v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>        Respondent. | Case No. CV 12-8339-GW (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 18, 2015

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE